PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant for Offender Under Supervision

Name of Offender: JAMES HOLMBERG                                  Cr.: 02-904-001

Name of Sentencing Judicial Officer:   Honorable John W. Bissell
                                       Chief United States District Judge

Date of Original Sentence: 03/10/03

Original Sentence:   Imprisonment - 21 months; Supervised Release - 3 years; Special Assessment - $100. Special Conditions: Participation in a mental health program for evaluation and/or treatment if directed by the U.S. Probation Office; no access to a computer network, bulletin board, internet, or exchange format; prohibition of employment or volunteer work which involves contact with children; no control, custody, or collection of films, slides, pictures, tapes, or videotapes of children of either sex deemed pornographic; offender to register as a sex offender in any state where he resides; full financial disclosure.

Type of Supervision: Supervised Release                    Date Supervision Commenced: 09/16/04

Assistant U.S. Attorney: Stacy A. Levine, AUSA              Defense Attorney: Paul Casteleiro, Esq.

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1                   The offender has violated the supervision condition which states **'You shall not commit another federal, state, or local crime.'**

                    On November 3, 2006, Holmberg was arrested by the Ocean Township Police Department and charged with the following offenses: **Sexual Assault; Promoting Prostitution of a Child Under age 18; Aggravated Sexual Assault/Aiding and Abetting; Conspiracy to Commit Aggravated Sexual Assault; Endangering the Welfare of a Child.** Holmberg is currently incarcerated and being held on $1,000,000 bail. The above charges are pending in Monmouth County Superior Court. A hearing date has not been set.

                    I declare under penalty of perjury that the foregoing is true and correct.

                                                By: Justine Peterson-Meddick
                                                    U.S. Probation Officer
                                                Date: 11/28/06

PROB 12C - Page 2
JAMES HOLMBERG

THE COURT ORDERS:

[X]  The Issuance of a Warrant (to be lodged as a detainer)

[ ]  No Action

[ ]  Other

_____
Signature of Judicial Officer

Nov 29, 2006
Date