UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

PETITION FOR WRIT OF HABEAS CORPUS

UNITED STATES OF AMERICA     :

    v.

JAMES HOLMBERG                    :     CRIMINAL NO. 02-904

                              :

Your petitioner shows that:

1. **JAMES HOLMBERG, SBI No. 666387A, DOB: 7/15/1956,** is now confined in **Adult Diagnostic and Treatment Center.**

2. **JAMES HOLMBERG, SBI No. 666387A, DOB: 7/15/1956,** will be required at the United States Court House in Newark, New Jersey, before the **Honorable Dickinson R. Debevoise,** United States District Judge, on **Monday, September 15, 2008,** at **2:00 p.m.,** for a **Violation of Supervised Release Hearing.**
A writ of habeas corpus should issue for that purpose.

DATED: August 21, 2008

                                        STACEY LEVINE
                                        Assistant United States Attorney
                                        Petitioner - 973-645-2760

**ORDER FOR WRIT**: Let the Writ Issue.

DATED: Sept. 8, 2008

                                        HON. DICKINSON R. DEBEVOISE
                                        UNITED STATES DISTRICT JUDGE

**WRIT OF HABEAS CORPUS:**

        The United States of America to: **Warden of the Adult Diagnostic and Treatment Center**

**WE COMMAND** that you have the body of:

**JAMES HOLMBERG, SBI No: 666387A, DOB: 7/15/1956,**

(by whatever name called or charged) now confined in the **Adult Diagnostic and Treatment Center,** presented before the **Honorable Dickinson R. Debevoise,** United States District Judge, in the United States Court House, Newark, New Jersey, on **Monday, September 15, 2008,** at **2:00 p.m.,** for a **Violation of Supervised Release Hearing.**.

        WITNESS the Honorable Dickinson R. Debevoise
        United States District Judge at Newark, New Jersey.

Dated: September 8, 2008

                                          WILLIAM T. WALSH
                                          Clerk of the U.S. District Court
                                          for the District of New Jersey

                          Per: _____
                                Deputy Clerk